NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3076

ALFREDO HONRADA,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

and

UNITED STATES POSTAL SERVICE,

Intervenor.

Neil C. Bonney, Bonney, Allenberg & O'Reilly, PC, of Virginia Beach, Virginia, argued for petitioner.

Bernard E. Doyle, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were B. Chad Bungard, General Counsel, and Keisha Dawn Bell, Deputy General Counsel.

Scott T. Palmer, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for intervenor. With him on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3076

ALFREDO HONRADA,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

and

UNITED STATES POSTAL SERVICE,

Intervenor.

# Judgment

ON APPEAL from the        MERIT SYSTEMS PROTECTION BOARD

in CASE NO(S).        DC0752080352-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, CLEVENGER and SCHALL, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.


ENTERED BY ORDER OF THE COURT


DATED August 11, 2009        /s/ Jan Horbaly
                              Jan Horbaly, Clerk